**Order entered November 29, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00238-CR

### JOSE EDUARDO GUERRERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F15-75211-X**

## ORDER

Before the Court is appellant's November 22, 2017 motion to extend time to file appellant's brief. We **GRANT** the motion to the extent that appellant's brief shall be filed within thirty days from the date of this order.

/s/    LANA MYERS
        JUSTICE